IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEURSLA LASHAY BARRON                      PLAINTIFF

v.                      No. 3:20-cv-183-DPM

TONI RAYMOND,
Admin. Assistant                                    DEFENDANT

### ORDER

Unopposed recommendation, *Doc. 8*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Barron's complaint, *Doc. 2*, will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 November 2020