## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                        PLAINTIFF

v.                          No. 3:20-cv-183-DPM

**TONI RAYMOND,**
**Admin. Assistant**                                        DEFENDANT

## JUDGMENT

Barron's complaint is dismissed without prejudice.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

23 November 2020